# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:09-CR-00004-KJD-PAL |
| v. | **ORDER** |
| WALI AHMAD BAREKZAI, | |
| Defendant. | |

Presently before the Court is Defendant's Motion to Re-consider Motion for Permission to Travel (#28). Defendant also filed a Supplement (#29) and sent a letter (#33) seeking permission to travel. The Government filed a response in opposition (#31).

For the reasons stated in the Court's prior Order (#27) denying his motion for permission to travel, and because Defendant poses a flight risk, the Court denies the motion for reconsideration. After Defendant's conviction in Case No. 2:07-cr-0055-RCJ-GWF, he was notified that the Office of Immigration Litigation had initiated a civil a proceeding against him in order to strip him of his fraudulently obtained United States citizenship. Defendant was offered the chance to travel internationally on the condition that he relinquish his U.S. citizenship. Instead, Defendant illegally applied for a new passport falsely asserting that his had been stolen, instead of disclosing that it had been surrendered to the custody of the court. Little incentive remains for Defendant to return to this

1 country to finish his remaining sentence and contest the immigration proceedings, when his failure to
2 return would present an almost larger obstacle to the denaturalization process.
3       Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Re-consider Motion
4 for Permission to Travel (#28/33) is **DENIED**.
5       DATED this 14TH day of July 2010.

_____
Kent J. Dawson
United States District Judge